PROB 12C
(7/93)

Report Date: February 20, 2013

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**FEB 2 1 2013**

SEAN F. McAVOY, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Gerardo Solis-Baena    Case Number: 2:10CR06068-001

Address of Offender: Yakima County Jail, Yakima, WA

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: September 27, 2010

Original Offense:    Alien in United States After Deportation, 8 U.S.C. § 1326

Original Sentence:    Prison - 8 Months;        Type of Supervision: Supervised Release
                     TSR - 36 Months

Asst. U.S. Attorney:    Alexander Carl Ekstrom    Date Supervision Commenced: March 25, 2011

Defense Attorney:    Diane E. Hehir    Date Supervision Expires: March 24, 2014

---

### PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: On February 13, 2013, a criminal complaint was filed with the U.S. District Court for the Eastern District of Washington at Yakima, charging the defendant with Alien in the U.S. After Deportation, in violation of 8 U.S.C. § 1326, magistrate number 2:13MJ04073-JPH-001.<br><br>According to the complaint on or about January 14, 2013, the defendant was discovered in the U.S. at Franklin County, Washington. An investigation revealed the defendant is a citizen and national of Mexico who was previously deported on April 2, 2011. A records check further revealed the defendant failed to apply for permission from the proper authorities to reenter the U.S. |

Prob12C
**Re: Solis-Baena, Gerardo**
**February 19, 2013**
**Page 2**

    2    **Special Condition # 14**: You are prohibited from returning to the U.S. without advance legal permission from the U.S. Attorney General or his designee. Should you reenter the U.S., you are required to report to the probation office within 72 hours of reentry.

        **Supporting Evidence**: The defendant illegally reentered the U.S. without permission on or about January 14, 2013, as noted in violation 1. According to the U.S. Immigration and Customs Enforcement, the defendant was deported to Mexico on April 2, 2011, at San Ysidro, California, and has not obtained permission to reenter the U.S.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 02/20/2013

s/Jose Zepeda

Jose Zepeda
U.S. Probation Officer

---

# THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

2/21/13
Date